# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENDRIC FRANCIS

NO. 2019 KW 0764

AUG 0 5 2019

---

In Re:    Kendric Francis, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. 06-17-0576 & 06-17-0577.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

   **WRIT DENIED.**

                          JMM
                          MRT
                          WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT